THE PEOPLE OF THE STATE OF NEW YORK v. MAX ESHUK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH R. WALKER v. ALBANY SAVINGS BANK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EDITH M. H. MCNALL and GRACE E. WALKER v. FREDERICK H. WALKER, Individually and as Executor, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LILLIE ARESONI v. JESSIE ULLREY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE GREENWICH BANK OF THE CITY OF NEW YORK v. MARK ECKSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling Smith and Page, JJ.

JAMES F. ROGAN v. CONSOLIDATED COPPERMINES COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARGARET BRODERICK v. AUGUST P. WINDOLPH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM KESSLER v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of FRENCH MANAGEMENT CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LONDON PRODUCE COMPANY, INC., v. POELS & BREWSTER, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of ROSA DANKOWITZ, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM COHEN v. THIRD AVENUE RAILROAD COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ELSIE FRAZEE v. HARRY H. FRAZEE.— Motion denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CARL GOEPEL and Others v. LEOPOLD ZIMMERMANN and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRANK E. CHILDS COMPANY, INC., v. JAMES E. MCGOLRICK, Impleaded, etc.— Motion for stay granted on condition that appeal be argued or submitted on December 2, 1921. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.